**Order entered December 28, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00279-CV**

**IN RE CHRIS CARTER AND KAREN PIERONI, RELATORS**

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07054**

**ORDER**
Before Justices Myers, Molberg, and Evans

Before the Court is relators' March 2, 2020 Petition for Writ of Injunction. We **GRANT** the petition and we **ORDER** real parties in interest to maintain the archival storage of the Confederate Monument formerly located in the Pioneer Cemetery in Dallas, Texas, which is the monument at issue in the underlying proceeding, and we **ORDER** the real parties in interest not to take any action to sell, give away, alter, damage, destroy, or otherwise dispose of or harm the

Monument pending final disposition of the appeal in cause number 05-20-00190-

CV or further order of this Court.

/s/    LANA MYERS
JUSTICE